UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Dees, | Case No. 2:17-cv-01586-BSB |
| Plaintiff, | **ORDER ON MOTION FOR LEAVE TO SERVE DEFENDANT WILTON K. CAVER BY ALTERNATIVE MEANS** |
| vs. | |
| Kemper & Associates, LLC and Wilton K. Caver, | |
| Defendants. | |

This matter having come before the Court on Plaintiff's Motion for Leave to Serve Defendant Wilton K. Caver by Alternative Means, the Court having considered the record and the documents filed by the parties, is of the opinion that the same be **GRANTED.**

**IT IS HEREBY ORDERED** that Plaintiff is to mail copies of the summons and complaint to Defendant Wilton K. Caver via certified mail to 541 10th Street, Suite 343, Atlanta, Georgia 30318.

SO ORDERED.