Russell S. Thompson IV (029098)
Ryan Pittman (032643)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@consumerlawinfo.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Dees, | ) | Case No. 2:17-cv-01586-BSB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kemper & Associates, LLC and Wilton K. Caver, | ) ) | |
| | ) | |
| Defendants. | ) | |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: October 3, 2017

                                                Respectfully submitted,

                                                s/ Russell S. Thompson IV
                                                Russell S. Thompson IV (029098)
                                                Thompson Consumer Law Group, PLLC
                                                5235 E. Southern Ave., D106-618
                                                Mesa, AZ 85206
                                                Telephone: (602) 388-8898

Facsimile: (866) 317-2674
rthompson@consumerlawinfo.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on October 3, 2017, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record. I further certify that the foregoing document was sent to defendants via US mail as follows:

Wilton Caver
Kemper & Associates, LLC
541 10th St Ste 343
Atlanta GA 30318

s/ Russell S. Thompson IV
Russsell S. Thompson IV