Russell S. Thompson IV (029098)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@consumerlawinfo.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Dees, | ) | Case No. 2:17-cv-01586-BSB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| vs. | ) | |
| | ) | |
| Kemper & Associates, LLC and Wilton K. Caver, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff submits this notice of dismissal prior to the service of any answer or motion for summary judgment by any defendant. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice that this civil action is hereby dismissed with prejudice, and without fees or costs to any party.

Dated: January 12, 2018

                                          Respectfully submitted,

                                          s/ Russell S. Thompson IV
                                          Russell S. Thompson IV (029098)
                                          Thompson Consumer Law Group, PLLC
                                          5235 E. Southern Ave., D106-618
                                          Mesa, AZ 85206
                                          Telephone: (602) 388-8898
                                          Facsimile: (866) 317-2674
                                          rthompson@consumerlawinfo.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on January 12, 2018, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/ Russell S. Thompson IV
Russsell S. Thompson IV